IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 7:13-CR-30-HL |
| v. : | |
| : | |
| MATANYA VERKESHA MILLER, : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER AS TO RESTITUTION

WHEREAS, Defendant Matanya Verkesha Miller has pled guilty in the above-styled case, and in her plea agreement, Defendant agreed to pay restitution as ordered by the Court, pursuant to 18 U.S.C. § 3663A.   ECF No. 82 at 5

WHEREAS the Presentence Investigation Report (PSR) concludes the total mandatory restitution Defendant owes is $11,348.49, which includes $9,726.08 on behalf of Enrique Hogan to Macon-Bibb County, Georgia, and $1,622.41 on behalf of Trent Swicord to the Georgia Department of Administrative Services.   ECF No. 92 at 5-6.

WHEREAS the parties have jointly agreed that the restitution amount contained in the PSR is correct and jointly agreed that these funds should be paid through the Clerk=s Office.

WHEREAS, at the time of Defendant's arrest, $9,000.00 in U.S. currency was seized as evidence and is currently in the custody of the Georgia Bureau of Investigation (GBI).

WHEREAS, the Defendant agrees that she is the sole owner of the $9000.00 in U.S. currency.

WHEREAS, the parties agree that the $9,000.00 in U.S. currency currently held by the GBI should be paid towards the ordered restitution, and the remainder of Defendant's restitution obligation be paid over the course of her sentence and subsequent supervised release.

**THEREFORE, IT IS HEREBY ORDERED:**

1. Defendant owes $11,348.49 in restitution, pursuant to 18 U.S.C. § 3663A, which includes $9,726.08 to Macon-Bibb County, Georgia (on behalf of Enrique Hogan) and $1,622.41 to the Georgia Department of Administrative Services (on behalf of Trent Swicord).

2. The GBI shall forward the $9,000.00 in U.S. currency it currently possesses as evidence in this case to the Clerk of Courts in a check payable to "Clerk, U.S. District Court," and sent to United States District Court, Post Office Box 128, Macon, Georgia, 31202.

3. The Clerk shall receive and deposit the funds sent by the GBI on behalf of the Defendant. This amount will be credited towards Defendant's restitution obligation, and should be disbursed as follows:

   a. $7713.34 to Macon-Bibb County, Georgia; and

   b. $1286.66 to the Georgia Department of Administrative Services.

4. Defendant shall pay the remainder of her restitution balance over the course of her sentence of imprisonment and subsequent term of supervised release.

**SO ORDERED**, this the  10th  day of  October , 2014.

 s/ Hugh Lawson 
**HUGH LAWSON, JUDGE**